Docusign Envelope ID: C1EC0560-FE1F-4FD1-9D53-2C53CC9EDD5D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN SAUL, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VALNET INC.,<br><br>　　　　Defendant. | CASE NO. 1:25-CV-12236-JEK |

**DECLARATION OF YURY SMAGORINSKY IN SUPPORT OF DEFENDANT VALNET INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM**

Docusign Envelope ID: C1EC0560-FE1F-4FD1-9D53-2C53CC9EDD5D

# DECLARATION OF YURY SMAGORINSKY

I, Yury Smagorinsky, declare as follows:

1. I am General Counsel and Vice President, Legal Affairs at Valnet Inc. ("Valnet"). I have held the position of Vice President, Legal Affairs at Valnet since February of 2022. I submit this Declaration in support of defendant Valnet's Motion for Dismissal Under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) (the "Motion"). The statements contained herein are based upon my personal knowledge, my review of Valnet's business records, and my discussions with company personnel.

2. Valnet is based in Montreal, Quebec, Canada. Valnet does not have any offices in the Commonwealth of Massachusetts, United States. Valnet also does not have a registered agent in the Commonwealth. To my knowledge, Valnet has no employees residing in the Commonwealth.

3. In my capacity as General Counsel and Vice President, Legal Affairs at Valnet, I am familiar with and have personal knowledge of the Valnet website www.gamerant.com (the "Website"), which I understand is at issue in the Class Action Complaint ("Complaint") filed by plaintiff Jonathan Saul ("Plaintiff"). While the Website is generally available on the web, including to users in Massachusetts, Valnet does not target Website visitors in the Commonwealth in any unique manner. To the best of my knowledge, the user experience for a Massachusetts user does not differ in any relevant respect from a user's experience in any other state. In 2024, Valnet's revenues derived from Website users in Massachusetts were approximately 0.3% of total Valnet annual revenue. Total views on the Website in 2024 from Massachusetts users were approximately 0.2% of all website views across Valnet websites. In 2025, to date, Valnet's revenues derived from Website users in Massachusetts were approximately 0.2% of total Valnet revenue. Total views on the Website in 2025 from Massachusetts users were, to date, approximately 0.16% of all website views across Valnet websites.

4. The Website offers a "sign-in function" that allows users to create an account on the Website. When users land on the Website they can navigate to the upper right corner of the page and click the "Sign in Now" button. Once users press the "Sign in Now" button, they are redirected to the sign-in page, which provides the option to "Log in" or "Create an account." Users can create an account through their Google account or provide an email address. A true and correct screenshot of this account creation webpage, accessed by my counsel at my direction on November 10, 2025, is attached as **Exhibit A**.

5. Whether the user chooses to sign in using their Google account or log in with an email address, they are then presented with a second screen that includes links to Valnet's Privacy Policy and Terms of Use.

6. When users choose to sign in using their Google account, they are presented with a pop-up webpage that links to Valnet's Privacy Policy and Terms of Use. The text on the pop-up notification reads: "Before using this app, you can review Screen Rant's privacy policy and terms of service." A true and correct screenshot of this account creation webpage, accessed by my counsel at my direction on November 10, 2025, is attached as **Exhibit B**.

7. Similarly, when users choose to create an account using their email, they are directed to a similar screen that requires them to accept Valnet's Privacy Policy and Terms of Use. The text on the pop-up notification reads: "By continuing, you agree to the Privacy Policy and Terms of Use. You also agree to receive our newsletter, you can opt-out any time." A true and correct screenshot of this account creation webpage, accessed by my counsel at my direction on November 10, 2025, is attached as **Exhibit C.**

8. On both pop-up notifications the Privacy Policy and the Terms of Use/Terms of Service are hyperlinked and lead to Valnet's Privacy Policy and Terms of Service.

9. This account creation process was in place in November 2024.

10. The Valnet Privacy Policy at issue is dated May 6, 2024. The policy was in effect in November 2024, when Plaintiff alleges that he created an account on the Website.

Docusign Envelope ID: C1EC0560-FE1F-4FD1-9D53-2C53CC9EDD5D

11. Valnet's Privacy Policy contains the following disclosures about sharing the data with advertising partners and use of the cookies and pixel tags:

**COOKIES**

A cookie is a piece of data stored on the user's computer tied to information about the user. We and some of our business partners (for example, advertisers) use cookies on our Sites. These cookies track usage of our Sites for security, analytics and targeted advertising purposes.
We use the following type of cookies:
Essential Cookies: These cookies are essential to the provision of our Sites.
**Analytics and Performance Cookies**: These cookies help us collect statistical and analytical usage to help us analyze your usage of our Sites.
Social Media Cookies: These cookies allow you to interact with content on certain social media platforms, such as "liking" our articles. Depending on your social media setting, the social media network will have record of this and may display your name or identifier in relation to this action.
**Advertising and Targeted Advertising Cookies**: These cookies track your browsing habits and location to provide you with advertising in line with your interests. Please see our "Advertisers" section below for further details.
**Shared ID Cookies**: These cookies store a unique user id in the first party domain and is accessible to our ad partners. This simple ID can be utilized to improve user matching, especially for delivering ads to iOS and MacOS browsers. Users can opt out of the Shared ID tracking cookie by clicking here.

**PIXEL TAGS**

We use pixel tags, which are small graphic files that allow us and our trusted third-party partners to track your usage of our Sites and collect usage data, including the number of pages you visit, the time you spend on each page, what you click on next, and other information about your visit to the Sites.

**ADVERTISING PARTNERS**
[…] We use the following advertisers:

- Google Ad Exchange: https://policies.google.com/privacy
- Google Ad Sense: https://policies.google.com/privacy

Docusign Envelope ID: C1EC0560-FE1F-4FD1-9D53-2C53CC9EDD5D

True and correct printouts of archive.org's capture of Valnet's Privacy Policy, as it existed on the Website in November 2024, accessed by my counsel at my direction on November 10, 2025, are attached as **Exhibit D.**

12. The "cookies" section of the Valnet's Privacy Policy explicitly disclosed that Shared ID Cookies "store a unique user id in the first party domain and is accessible to our ad partners."

13. The applicable Privacy Policy, as it existed on the Website in November 2024, is publicly accessible at the following hyperlink:

https://web.archive.org/web/20241101215659mp_/https://www.valnetinc.com/en/privacy-policy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 10th day of November, 2025, at Montreal, Quebec, Canada.

/s/   *Yury Smagorinsky*
Yury Smagorinsky
General Counsel and VP, Legal Affairs
Valnet Inc.