| | |
|---|---|
| JONATHAN SAUL, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> VALNET INC., <br><br> Defendant. | Case No. 1:25-cv-12236-JEK |

**DECLARATION OF JOSHUA D. ARISOHN**

I, Joshua D. Arisohn, declare as follows:

1.      I am the owner of Arisohn LLC.  I am an attorney at law licensed to practice in the State of New York.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2.      Attached as **Exhibit A** is a true and correct copy of Defendant's website found at https://www.valnetinc.com/en/advertising on November 19, 2025.

3.      Attached as **Exhibit B** is a true and correct copy of the entry for Valnet Inc. on the Quebec Enterprise Register, available at: https://www.quebec.ca/en/businesses-and-self-employed-workers/find-information-about-enterprise/search-enterprise-register/find-an-enterprise https://www.quebec.ca/en/businesses-and-self-employed-workers/find-information-about-enterprise/search-enterprise-register/find-an-enterprise.


November 24, 2025
Litchfield, CT                                              Joshua D. Arisohn