**EXHIBIT A**





PREMIUM CONTENT AT SCALE

## /GET IN FRONT OF ENGAGED AUDIENCES

**Millions of your target customers are on our websites.**

Valnet operates an industry-leading advertising network that runs campaigns across our influential publishing brands. Our variety of high quality content reaches millions of engaged viewers monthly.

| 5B+ | 448M+ | 165M+ | 500M+ |
|---|---|---|---|
| Monthly Ad Impressions | Monthly Sessions | Social Media Subscribers | Monthly Video Impressions |



**Canada**
23M+
Monthly Sessions

**United Kingdom**
43M+
Monthly Sessions

**United States**
232M+
Monthly Sessions

# /1ST PARTY AD TARGETING



Contextual In-Market Age Gender HHI

Demographic Geographic Interest Behavioral

# /OUR VERTICALS

Get in front of engaged viewers across entertainment & culture



Screen  Gaming  Automotive  Travel
Sports  Entertainment & Lifestyle  Technology

## Reach your target audience

Contact us at **advertising@valnetinc.com**

# /BRAND SAFETY & PERFORMANCE

As a TAG certified publisher we are fully committed to combatting fraudulent activity across our network of display and video advertising solutions. To ensure our advertising partners receive premium advertising, we have partnered with Optimera to provide advertising that is optimized for viewability, CTR, and attention. Optimera also provides an additional layer of network-wide brand safety to help us ensure our partners reach valid and engaged users.

Valnet has also partnered with Comscore, a trusted currency for planning, transacting, and evaluating media across platforms, to transparently showcase our performance across our verticals.

## Auto
→ Ranked #3 in reach among Auto publishers

→ Ranked #1 in social reach in the Auto segment

## Film & Show
→ Ranked #2 in reach in the Entertainment vertical

→ Ranked #1 in social reach in Film & Show segment

## Gaming
→ Ranked #3 in reach among Games Media publishers

## Tech
→ Top publisher in Comscore's tech segment based on overall and social reach



Disclaimer/source: Comscore Media Metrix® Multi-Platform, Total Audience (desktop 2+, mobile 18+), Custom List excluding non-content generating Publishers, March 2024.

# /CUSTOMIZED SOLUTIONS IN PROGRAMMATIC AND DIRECT

Drive better results and engagement through our interactive, dynamic units that work across all devices and ad formats.



## Targeted Content Delivery to Amplify Your Message

Valnet can align our schedule of multimedia content and SEO-driven articles with your objectives, driving awareness, intent, and traffic through captivating editorial. We distribute content through our O&O channels including web, social, and email. Based on your

needs, we can offer:

- Branded Editorial Content
- Evergreen Content
- Bespoke Content
- Social Content
- Video Integration

- Product Showcases and Features
- Newsletter Placements
- Targeted Display Campaigns
- High Impact Site Takeovers

## /WHO WE WORK WITH

     
    
     

## /AD PARTNERS

    
   

### Reach your target audience
Contact us at advertising@valnetinc.com



Media

**Public Relations**
✉ pr@valnetinc.com

Copyright © 2025 Valnet Inc.
Terms of Use | Privacy Policy