**EXHIBIT B**



| | |
|---|---|
| State of information | |
| Unanimous agreement between shareholders, directors, officers, ultimate beneficiaries and authorized representative | |
| Establishments | |
| Index of documents | |
| Index of names | |
| Historical | |

# INFORMATION STATEMENT OF A LEGAL ENTITY IN THE BUSINESS REGISTER

Information as of 2025-11-13 00:00:00

## State of information

### Company identification

| Quebec Enterprise Number (NEQ) | 1166933763 |
|---|---|
| Name | 9229-1582 QUÉBEC INC. |

### Home address

| Address | 940, Route 341, L'Assomption (Quebec) J5W2W2 |
|---|---|

### Address of the elected home

| Address | No address |
|---|---|

### Registration

| Registration date | 2010-11-05 |
|---|---|
| Status | Registered |
| Status update date | 2010-11-05 |
| Expected end-of-life date | No end-of-life date is declared in the register. |

## Legal status

| Legal status | corporation or company |
|---|---|
| Date of constitution | 2010-10-29 Constitution |
| Constitutive regime | QUEBEC: Companies Act, Part 1A, CQLR, c. C-38 |
| Standard regime | QUEBEC: Business Corporations Act (CQLR, c. S-31.1) |

## Update dates

| Date of last update of the information status | 2025-06-28 |
|---|---|
| Date of the last annual update statement | 2025-06-28 2024 |
| End date of the 2025 annual update declaration production period | 2026-07-01 |
| End date of the 2024 annual update declaration production period | 2025-07-01 |

## Bankruptcy

ℹ The company is not bankrupt.

## Merger, split and conversion

ℹ No merger or split has been declared.

## Continuation and further transformation

ℹ No continuation or other transformation has been declared.

## Liquidation or dissolution

ℹ No intention of liquidation or dissolution has been declared.

## Economic activities and number of employees

## leading sector of activity

| | |
|---|---|
| Economic Activity Code (CAE) | 4011 |
| Activity | Promotion and construction of individual houses |
| Details (optional) | GENERAL CONTRACTOR |

## 2nd sector of activity

| | |
|---|---|
| Economic Activity Code (CAE) | 4013 |
| Activity | Residential building renovation |
| Details (optional) | Post-construction cleaning and post-disaster renovation |

## Number of employees

| | |
|---|---|
| Number of employees in Quebec | None |
| Proportion of employees who are unable to communicate in French at work | Not required to report this information |

# UNANIMOUS AGREEMENT BETWEEN SHAREHOLDERS, DIRECTORS, OFFICERS, ULTIMATE BENEFICIARIES AND AUTHORIZED REPRESENTATIVE

## Shareholders

| | |
|---|---|
| Primary shareholder | The largest shareholder holds the majority stake. |
| Name | 9098-6761 QUÉBEC INC. |
| Home address | 940, Route 341, L'Assomption (Quebec) J5W2W2 |

## unanimous shareholders' agreement

🛈 There is no unanimous shareholders' agreement concluded under a law of Quebec or any other legislative authority of Canada.

## Administrators

### List of administrators

| | |
|---|---|
| Surname | ABBÉ |
| First name | MICHEL |

| | |
|---|---|
| Start date of charging | 2010-10-29 |
| Current functions | President |
| Home address | Address not publishable |
| Business address | 940 Montée de L'Épiphanie, L'Assomption, Quebec J5W2W2 Canada |

| Historical | |
|---|---|

| | |
|---|---|
| Surname | Frenette |
| First name | Patrick |
| Start date of charging | 2015-06-22 |
| End date of charge | 2015-06-22 |
| Current functions | Vice-president |
| Home address | 940 Montée de L'Épiphanie, L'Assomption, Quebec J5W2W2 Canada |

| | |
|---|---|
| Surname | COUSIN |
| First name | VALERIE |
| Start date of charging | 2022-01-01 |
| End date of charge | 2023-01-01 |
| Current functions | Secretary |
| Home address | 45 Clemenceau Street, Repentigny, Quebec J5Y1H5 Canada |

# Directors who are not members of the board of directors

  No non-board member executives were declared.

# Declaration Regarding Ultimate Beneficiaries

 Some of the ultimate beneficiaries of the company have been traced and identified.

## List of ultimate beneficiaries

| Surname | Labbé |
|---|---|
| First name | Michel |
| Date of commencement of status | 2010-10-29 |
| Situations applicable to the ultimate beneficiary | More than 75% of the voting rights. |
| Home address | Address not publishable |
| Business address | 940 Montée de L'Épiphanie, L'Assomption, Quebec J5W2W2 Canada |

## Authorized representative

 No authorized representative has been declared.

## Administrators of other people's property

 No administrator of another's property has been declared.

# ESTABLISHMENTS

 No establishment has been declared.

# INDEX OF DOCUMENTS

## Documents being processed

 No documents are currently being processed by the Registrar of Companies.

## Documents preserved

### Documents preserved

| Document type | Date of filing in the register |
|---|---|

| Document type | Date of filing in the register |
|---|---|
| ANNUAL UPDATE STATEMENT 2024 | 2025-06-28 |
| ANNUAL UPDATE STATEMENT 2023 | 2024-03-21 |
| ANNUAL UPDATE STATEMENT 2022 | 2023-07-04 |
| ANNUAL UPDATE STATEMENT 2021 | 2022-06-29 |
| Current update statement | 2022-04-11 |
| ANNUAL UPDATE STATEMENT 2020 | 2021-07-03 |
| 2019 ANNUAL UPDATE STATEMENT | 2020-10-01 |
| ANNUAL UPDATE STATEMENT 2018 | 2019-07-03 |
| ANNUAL UPDATE STATEMENT 2017 | 2018-06-29 |
| ANNUAL UPDATE STATEMENT 2016 | 2017-05-25 |
| ANNUAL UPDATE STATEMENT 2015 | 2016-07-01 |
| Current update statement | 2015-08-24 |
| ANNUAL UPDATE STATEMENT 2014 | 2015-06-22 |
| ANNUAL UPDATE STATEMENT 2013 | 2014-07-02 |
| ANNUAL UPDATE STATEMENT 2012 | 2013-07-02 |
| Annual Declaration 2011 | 2012-06-29 |
| Amended declaration | 2010-12-15 |
| Initial statement | 2010-12-15 |
| Certificate of Incorporation | 2010-11-05 |

# INDEX OF NAMES

| Date of last update of the name index | 2022-04-11 |
|---|---|

## Name

| Name | 9229-1582 QUÉBEC INC. |
|---|---|
| Versions of the name in another language | |
| Date of declaration of name | 2010-10-29 |
| Date of declaration of withdrawal of name | |

| Situation | In effect |
|---|---|

## Other names used in Quebec

| Other name | VALNET |
|---|---|
| Versions of the name in another language | |
| Date of declaration of name | 2022-04-11 |
| Date of declaration of withdrawal of name | |
| Situation | In effect |

| Other name | MICHEL LABBÉ CONSTRUCTION |
|---|---|
| Versions of the name in another language | |
| Date of declaration of name | 2010-12-15 |
| Date of declaration of withdrawal of name | 2015-06-22 |
| Situation | Prior |