UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JONATHAN SAUL, individually and on behalf of all others similarly situated,

Plaintiff,

v.

VALNET INC.,

Defendant.

CASE NO. 1:25-CV-12236-JEK

**DEFENDANT VALNET INC.'S MOTION FOR LEAVE TO FILE REPLY BRIEF**

Pursuant to Local Rule 7.1(b)(3), Defendant Valnet Inc. ("Defendant" or "Valnet") respectfully moves for leave of Court to file the attached reply brief in support of its Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim ("Motion to Dismiss") (ECF 5).

Defendant submits that there is good cause to allow it to submit this reply brief to respond to the arguments raised by Plaintiff in his Opposition to the Motion to Dismiss (ECF 8), which could not reasonably have been anticipated by Valnet when preparing its Motion to Dismiss.

DATED: December 3, 2025

Respectfully submitted,

Mitchell Silberberg & Knupp LLP

By: */s/ Lucy Holmes Plovnick*

Lucy Holmes Plovnick (BBO# 654918)
lhp@msk.com
Mitchell Silberberg & Knupp LLP
1818 N Street NW, 7th Floor
Washington, DC 20036
Telephone: (202) 355-7900
Facsimile: (202) 355-7888

*Attorneys for Defendant Valnet Inc.*

**CERTIFICATE OF SERVICE**

I, Lucy Holmes Plovnick, do hereby certify that on this 3rd day of December, 2025, I caused a true and correct copy of the foregoing document to be served through the Court's CM/ECF Service.

*/s/ Lucy Holmes Plovnick*
Lucy Holmes Plovnick

**LOCAL RULE 7.1 CERTIFICATION**

I, Lucy Holmes Plovnick, do hereby certify that counsel for Defendant conferred with counsel for Plaintiff regarding this motion and counsel for Plaintiff indicated that they do not oppose Defendants' request for leave to submit a reply brief.

*/s/ Lucy Holmes Plovnick*
Lucy Holmes Plovnick